# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BESS GILMORE | CIVIL NO.: 3:05 CV-01187-WWE |
| Plaintiff, | |
| V. | |
| REASSURE AMERICA LIFE INSURANCE COMPANY | |
| Defendant. | DECEMBER 23, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of the above-captioned action, each party to bear her or its own costs and expenses.

Dated: December 26, 2005

PLAINTIFF, BESS GILMORE

By: _____
Douglas Gilmore (ct 24984)
11 Harding Lane
Westport, CT  06880
Tel. No.: (203) 226-6277
Fax No.: (203) 222-0779
Email: dg@douglasgilmore.com

Dated: December 22, 2005

DEFENDANT, Reassure America Life Insurance Company

By: *Helen M. Kemp*
Helen M. Kemp (ct14790)
William J. Kelleher, III (ct22140)
695 East Main Street
Stamford, Connecticut 06904
Tel. No.: 203-462-7500
Fax No.: 203-462-7599
E-mail: hkemp@rc.com
wkelleher@rc.com

## CERTIFICATE OF SERVICE

This will certify that the foregoing was sent by first class mail, postage prepaid, this 23rd 30th day of December 2005, to the following counsel of record:

Douglas Gilmore, Esq.
11 Harding Lane
Westport, Connecticut 06880
Attorney for Plaintiff

*Helen M. Kemp*
Helen M. Kemp